NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AGSOUTH GENETICS LLC AND UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.,**
*Plaintiffs-Appellees,*

**v.**

**GEORGIA FARM SERVICES LLC,**
*Defendant-Appellant,*

**AND**

**E AND I DIVERSIFIED FARM SERVICE INC, TERRELL PEANUT COMPANY, AND EDWARD PARKER, Individually,**
*Defendants,*

**AND**

**JIM USRY,**
*Respondent.*

---

2014-1571

---

Appeal from the United States District Court for the Middle District of Georgia in No. 1:09-cv-00186-WLS, Judge W. Louis Sands.

---

## ON MOTION

## O R D E R

Upon consideration of Georgia Farm Services, LLC's unopposed motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25

ISSUED AS A MANDATE:  11-14-14